# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MD39 | 09927764 | Malcom | 1546 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 03/11/2022 1040
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 45 CFR 3.24
Place of Offense: NIH Lot 10H Carpool Area

Offense Description: Factual Basis for Charge — HAZMAT ☐
Fail to Display a Valid/Current Parking Permit (Green/CP)
* Black Permit Displayed

### DEFENDANT INFORMATION

Last Name: Shen
First Name: Botong

Tag No: 7BY5642  State: MD  Year: 12  Make/Model: Niss/Nivrano  Color: Brown

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 50   Forfeiture Amount
+ $30  Processing Fee
$ 80⁰⁰  Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date: _____   Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*09927764*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 04/18/2022 13:41